STATE OF NEW JERSEY v. LEVI HURST.

September 5, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL MELSHEIMER.

September 5, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES H. HOGAN.

September 5, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH PERYEA.

September 5, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. EUGENE MCLUCAS.

September 5, 1986.

Petition for certification denied.